# Court of Appeals
# of the State of Georgia

ATLANTA, March 17, 2025

*The Court of Appeals hereby passes the following order:*

### A25A0704. ANDREA BURROUGHS v. BRADLEY HOUSE CONDOMINIUM ASSOCIATION, INC. et al.

Andrea Burroughs sued the Bradley House Condominium Association, Inc. and several board members over damage to her unit due to alleged negligent maintenance of the building. The trial court dismissed her complaint on March 25, 2024, for failing to comply with discovery. Burroughs filed a motion for reconsideration or in the alternative motion to set aside. The trial court denied the motion and Burroughs filed this appeal on October 11. We lack jurisdiction.

Ordinarily, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). Here, rather than timely appealing the March 25 order entering final judgment, Burroughs filed a motion for reconsideration / motion to set aside. A motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of such a motion is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Additionally, an appeal from an order denying an OCGA § 9-11-60 (d) motion to set aside requires the filing of an application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

For these reasons, we lack jurisdiction over this appeal. Accordingly, the condominium association's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __03/17/2025__
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*